*Reutter,* 135 Mich. 57, 97 N. W. 152; *Clement v. Crosby & Co.* 148 Mich. 293, 111 N. W. 745; *Craft v. Parker, W. & Co.* 96 Mich. 245, 55 N. W. 812.

The complaint charges the defendant with selling and delivering to a local dealer at Iron River, Wisconsin, "certain adulterated link sausage which contained diseased, infected, putrid, decomposed, and poisonous animal matter, and that the defendant knew or ought to have known the condition thereof." This charge in the complaint embraces an article offered as food for human consumption which is within the condemnation of the provisions of sec. 4601, Stats., which declares as adulterated an article of food "if it consists of or is manufactured, wholly or in part, from a diseased, contaminated, filthy, decomposed, tainted or rotten animal or vegetable substance." The allegations of the complaint state a cause of action, and the ruling of the lower court is correct.

*By the Court.*—The order appealed from is affirmed.

HALEY, by guardian *ad litem,* Respondent, vs. SWIFT & COMPANY, Appellant.

HALEY, by guardian *ad litem,* Respondent, vs. SWIFT & COMPANY, Appellant.

*February 18—March 11, 1913.*

*Haley v. Swift & Co., ante,* p. 570, followed.

APPEALS from orders of the circuit court for Bayfield county: G. N. RISJORD, Circuit Judge. *Affirmed.*

The appeals are from orders overruling demurrers to the complaints.

For the appellant the cause was submitted on the brief of *John Walsh.*

*C. F. Morris,* for the respondents.

SIEBECKER, J. These cases are ruled by the case of *Haley v. Swift & Co., ante,* p. 570, 140 N. W. 292, and the orders appealed from must be affirmed on the grounds stated in the decision of the foregoing case.

*By the Court.*—The orders appealed from are affirmed.